UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                             Case No: 8:13-BK-11421 MGW
Wyzykowski, Melissa K.                                             Chapter 7

             Debtor(s).
_____/

## REPORT AND NOTICE OF
## INTENTION TO SELL PROPERTY OF THE ESTATE

### Important Notice and Opportunity to Object

**Pursuant to Local Rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the Trustee, RICHARD M. DAUVAL, at PO Box 13607, St. Petersburg, FL 33733.**

**If you file and serve a timely objection, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

_____

**TO:** Creditors, Debtors and Parties in Interest

      RICHARD M. DAUVAL, the Trustee duly appointed and acting for the above-captioned estate reports that he intends to sell, 21 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. Excess equity in the following assets listed on the Debtor(s) Schedule B.

| Asset # | Asset Description | Sale Price |
|---|---|---|
| 11 | 2003 Ford Expedition VIN#:1FMRU15W63LB94725 | $ 1,213.00 |

2. Manner of Sale: Private

3. Terms of Sale:

    A. To: Debtor(s) Wyzykowski, Melissa K.,

    B. Sale Price: Total is $ 1,213.00.

    C. All right, title, and interest of bankruptcy estate, if any.

    D. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption, if any.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing by the Bankruptcy Court as indicated below. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that all objections to the sale described above shall be in writing and shall be filed with the Clerk, United States Bankruptcy Court, Sam M. Gibbons Courthouse, 801 N. Florida, Ave, #555, Tampa, FL 33602-3899 and U. S. Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602, and a copy of the same shall be served on the Chapter 7 Trustee at the address below within 21 days from the date of mailing. The objections to the sale shall state the reasons for the objection and shall include a request for a hearing on the objection. If no objection is filed, the property described above will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

Dated: December 16, 2013

                                                /s/ Richard M. Dauval
                                                Richard M. Dauval, Trustee
                                                P.O. Box 13607
                                                St. Petersburg, FL 33733
                                                (727) 327-3328 x303

Trustee Richard M. Dauval
Richard M. Dauval
PO Box 13607
St. Petersburg, FL  33733

DATE RECEIVED: Dec 16 2013    TIME RECEIVED: 07:09AM    TOTAL SERVED: 15

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Melissa K. Wyzykowski | CASE NO: 13-11421 |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 12/16/2013, a copy of the following documents, described below,

Report and Notice of Sale,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Trustee Richard M. Dauval
Richard M. Dauval
PO Box 13607
St. Petersburg, FL  33733

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-13-BK-11421-MGW<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>MON DEC 16 11-48-03 EST 2013 | SUNCOAST SCHOOLS FCU<br>PO BOX 11904<br>TAMPA FL 33680-1904 | ~~MICHAEL G. WILLIAMSON~~<br>~~TAMPA~~ |
| MELISSA K. WYZYKOWSKI<br>7356 LAGOON ROAD<br>SPRING HILL FL 34606-3714 | CACH LLC<br>4340 S MONACO ST UNIT 2<br>DENVER CO 80237-3408 | CAP1BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3438 |
| CAPITAL ONE N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS SD 57104-0493 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA NE 68197-0002 |
| FNB OMAHA<br>PO BOX 3412<br>OMAHA NE 68103-0412 | GECRBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | KOHLSCAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 |
| MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | OAK HILL HOSPITAL<br>PO BOX 9060<br>CLEARWATER FL 33758-9060 | SEARSCBNA<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 |
| SUNCOAST SCHOOLS MCVI<br>PO BOX 11904<br>TAMPA FL 33680-1904 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | ~~UNITED STATES TRUSTEE - TPA713 +~~<br>~~TIMBERLAKE ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ |
| ~~SANDRA H DAY +~~<br>~~THE DAY LAW OFFICE~~<br>~~PO BOX 5535~~<br>~~SPRING HILL FL 34611-5535~~ | ~~RICHARD M DAUVAL +~~<br>~~P.O. BOX 13607~~<br>~~ST. PETERSBURG FL 33733-3607~~ | ~~NOTE  ENTRIES WITH A □+□ AT THE END O~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ |